# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 300 Grand Street, Waterbury, CT 06702 | ( 203 ) 591-3300 | July 16, 2019 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Waterbury | Case type code (See list on page 2) Major: V   Minor: 01 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| The Nicholas Law Firm, LLC - 373 Prospect Street, Torrington, CT 06790 | 427008 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 759-1466 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) jmajewski@nicholaslaw.net |
|---|---|---|

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: D'AGOSTINO, LISA A<br>Address: 33 WILLIAMS AVE., OAKVILLE, CT 06779 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: ROULEAU, CHRISTOPHE D<br>Address: 30 RUE LECLERC, VICTORIAVILLE, QC 9G-5, CANADA | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left John P. Majewski | Date signed 06/17/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| **RETURN DATE: JULY 16, 2019** | **SUPERIOR COURT** |
| **LISA ANN D'AGOSTINO**<br>Plaintiff, | **J.D. OF WATERBURY** |
| v. | **AT WATERBURY** |
| **CHRISTOPHE DESROCHERS ROULEAU**<br>Defendant. | **JUNE 17, 2019** |

## COMPLAINT

(1) On July 8, 2017 the plaintiff, Lisa Ann D'Agostino, was operating her motor vehicle on Route 6 in Woodbury, Connecticut.

(2) At the same time, the defendant, Christophe Desrochers Rouleau was operating his vehicle on Route 6 in Woodbury, Connecticut. The defendant failed to grant the right of way to the plaintiff and his vehicle collided into the plaintiff's vehicle.

(3) The defendant was negligent in that he violated Connecticut General Statutes §14-245. Additionally, he was negligent in that he failed to grant the right of way and failed to keep a proper lookout for other vehicles.

(4) As a result of the defendant's negligence, the plaintiff sustained orthopedic injuries to her neck, shoulders, ribs, hips and also sustained a head injury along with mental injuries.

(5) As a further result, the plaintiff incurred medical expenses, lost wages, sustained permanent injuries along with pain and emotional suffering.

**WHEREFORE**, the plaintiff seeks fair, just and reasonable money damages.

THE PLAINTIFF,
LISA ANN D'AGOSTINO

By: /s/ *John P. Majewski (406045)*
John P. Majewski
The Nicholas Law Firm, LLC
One Carriage Place
Waterbury, CT 06702
Juris No.: 427008
Telephone: 203-759-1466
E-Mail: jmajewski@nicholaslaw.net

| | |
|---|---|
| RETURN DATE: JULY 16, 2019 | SUPERIOR COURT |
| LISA ANN D'AGOSTINO<br>Plaintiff, | J.D. OF WATERBURY |
| v. | AT WATERBURY |
| CHRISTOPHE DESROCHERS ROULEAU<br>Defendant. | JUNE 17, 2019 |

## STATEMENT OF AMOUNT IN DEMAND

The plaintiff in the above-entitled matter claims damages in an amount greater than Fifteen Thousand Dollars ($15,000.00) exclusive of interest and costs.

THE PLAINTIFF,
LISA ANN D'AGOSTINO

By: /s/ John P. Majewski (406045)
John P. Majewski
The Nicholas Law Firm, LLC
One Carriage Place
Waterbury, CT 06702
Juris No.: 427008
Telephone: 203-759-1466
E-Mail: jmajewski@nicholaslaw.net